IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PICKENS, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, Warden, <br><br> Respondent. | No. CV 19-3698-JLS (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss is GRANTED IN PART AND DENIED IN PART as follows: Grounds One and Three are deemed unexhausted and Respondent's motion is granted to that limited extent.

After the Report was issued, Petitioner filed a motion to stay this action while he files a state habeas petition before the California Supreme Court to

exhaust Grounds One and Three.  (Dkt. No. 21.)  This matter is referred back to the Magistrate Judge for further proceedings.

Dated:  May 26, 2020

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE