# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PICKENS,<br><br>        Petitioner,<br><br>        v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. 2:19-CV-3698-JLS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: September 26, 2022

    **JOSEPHINE L. STATON**
UNITED STATES DISTRICT JUDGE