UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PICKENS,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:19-CV-3698-JLS (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 26, 2022　　　　　 <u>JOSEPHINE L. STATON</u>
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE